**2013–1589. State v. Thompson.**
Hamilton App. No. C–110154. On motion for delayed appeal. Motion denied.

**2013–1605. State v. Combs.**
Hamilton App. No. C–120756, 2013-Ohio-3159. On motion for delayed appeal. Motion denied.
PFEIFER, KENNEDY, and O'NEILL, JJ., dissent.

**2013–1619. State v. Mole.**
Cuyahoga App. No. 98900, 2013-Ohio-3131. On motion to stay the judgment of the court of appeals. Motion granted.
O'CONNOR, C.J., and PFEIFER, J., dissent.

## APPEALS ACCEPTED FOR REVIEW

**2013–1344. State v. Montoya.**
Clermont App. No. CA2012–02–015, 2013-Ohio-3312. Discretionary appeal accepted; cause held for the decision in case No. 2012–1741, *State v. Miranda*, 10th Dist. Franklin No. 11AP–788, 2012-Ohio-3971; and briefing stayed.
PFEIFER, J., dissents.